DANIEL G. BATH, P.C., SB# 119514
  E-Mail: bath@lbbslaw.com
LINDSAY O'HAIR, SB# 258130
  E-Mail: ohair@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for CitiMortgage, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON OLSHEVER; HOLLY OLSHEVER,<br><br>     Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., VERDUGO TRUSTEE SERVICE CORPORATION, ET AL.,<br><br>     Defendant. | CASE NO. CV09-5901 FMC (JEMx)<br>Hon. Florence-Marie Cooper<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR IN THE ALTERNATIVE TO REQUIRE A MORE DEFINITE STATEMENT**<br><br>**[FED. RULES CIV. PROC. 12(b)(6); 12(e)]**<br><br>ACTION FILED:    8/12/09<br>TRIAL DATE:       None Set<br><br>DATE:   October 26, 2009<br>TIME:   10:00 a.m.<br>COURTROOM: 750<br><br>[Memorandum of Points and Authorities and Proposed Order Submitted Concurrently Herewith] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant CitiMortgage, Inc. ("Defendant" or "CMI") hereby moves, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss Plaintiffs' entire Complaint on the following grounds:

1.   Plaintiffs' First Cause of Action for Declaratory Relief is speculative and fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc.

1  12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

2      2.    Plaintiffs' Second Cause of Action for Injunction fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc. 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

    3.    Plaintiffs' Third Cause of Action for Damages in Tort for Violation of Fiduciary Duty fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc. 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

    4.    Plaintiffs' Fourth Cause of Action for Damages in Tort for Fraud fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc. 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

    5.    Plaintiffs' Fifth Cause of Action for Damages in Tort for Elder Abuse fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc. 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

    6.    Plaintiffs' Sixth Cause of Action for Damages in Tort for Intentional Infliction of Emotional Distress fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc. 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

    7.    Plaintiffs' Seventh Cause of Action for Damages in Tort for Negligence fails to contain facts sufficient to constitute a cause of action. Fed. R. Civ. Proc. 12(b)(6); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007);

Wherefore, Defendant CMI hereby requests the court dismiss the instant action with prejudice and award CMI its costs of suit.

In the alternative, Defendant CMI moves for an order under Federal Rules of Civil Procedure, Rule 12(e) requiring the Plaintiffs to file a more definite statement.

Defendant met and conferred with Plaintiff before filing the instant motion.

The instant motion is based upon this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith and the proposed order submitted herewith, as well as any and all pleadings and papers on file and

LEWIS BRISBOIS BISGAARD & SMITH LLP

4841-4612-5060.1    -2-

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR IN THE ALTERNATIVE TO REQUIRE A MORE DEFINITE STATEMENT**

matter which the court might or must take judicial notice, as well as any and all oral argument that the court may permit at the time set for hearing on the instant motion.

DATED: September 15, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Daniel G. Bath, P.C.
Lindsay L. O'Hair
Attorneys for CitiMortgage, Inc.

**FEDERAL COURT PROOF OF SERVICE**
*Leon Olshever, et al. v. CitiMortgage, Inc., et al.* - File No. 27894-38
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California, 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 16, 2009, I served the following document(s): **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR IN THE ALTERNATIVE TO REQUIRE A MORE DEFINITE STATEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Henk ten Brink
HENK TEN BRINK ATTORNEY AT LAW
3183 Wilshire Blvd., Suite 196
Los Angeles, CA 90010
Tel: (818) 308-6230/(858) 442-5351
Fax: (818) 332-1162

The documents were served by the following means:

[X] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 16, 2009, at Los Angeles, California.

Farnaz Moradpour

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

PROOF OF SERVICE